B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Barreto, Francisco** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Barreto, Dorota M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3638** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2369** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5611 s. Garfield**<br>**Hinsdale, IL**<br><div align="right">ZIP Code **60521**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5611 s. Garfield**<br>**Hinsdale, IL**<br><div align="right">ZIP Code **60521**</div> |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business:<br>**Dupage** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | □ Health Care Business<br>□ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>■ Other | ■ Chapter 7<br>□ Chapter 9<br>□ Chapter 11<br>□ Chapter 12<br>□ Chapter 13 □ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>□ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>□ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>□ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>□ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>□ A plan is being filed with this petition.<br>□ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| □ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| □<br>1-49 | ■<br>50-99 | □<br>100-199 | □<br>200-999 | □<br>1,000-5,000 | □<br>5,001-10,000 | □<br>10,001-25,000 | □<br>25,001-50,000 | □<br>50,001-100,000 | □<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| □<br>$0 to $50,000 | □<br>$50,001 to $100,000 | □<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | □<br>$1,000,001 to $10 million | □<br>$10,000,001 to $50 million | □<br>$50,000,001 to $100 million | □<br>$100,000,001 to $500 million | □<br>$500,000,001 to $1 billion | □<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| □<br>$0 to $50,000 | □<br>$50,001 to $100,000 | □<br>$100,001 to $500,000 | □<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | □<br>$10,000,001 to $50 million | □<br>$50,000,001 to $100 million | □<br>$100,000,001 to $500 million | □<br>$500,000,001 to $1 billion | □<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)   Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Barreto, Francisco**<br>**Barreto, Dorota M.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s):<br>**Barreto, Francisco**<br>**Barreto, Dorota M.** |
| *(This page must be completed and filed in every case)* | |

**Signatures**

| | |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Francisco Barreto**

Signature of Debtor  **Francisco Barreto**

X **/s/ Dorota M. Barreto**

Signature of Joint Debtor **Dorota M. Barreto**

Telephone Number (If not represented by attorney)

**August  1, 2008**

Date

### Signature of Attorney*

X **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**

Signature of Attorney for Debtor(s)

**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**

Printed Name of Attorney for Debtor(s)

**Kaplan Law Offices, P.C.**

Firm Name

**4043 Dempster**
**Skokie, IL 60076**

Address

**Email: ayk@ameritech.net**

**847-676-8600  Fax: 847-676-8601**

Telephone Number

**August  1, 2008**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Francisco Barreto**
      **Dorota M. Barreto**                                          Case No. _____
                                                     Debtor(s)             Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Francisco Barreto**
                        **Francisco Barreto**
Date:    **August  1, 2008**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Francisco Barreto**
**Dorota M. Barreto**
_____    Case No. _____
Debtor(s)    Chapter  **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]_ ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Dorota M. Barreto**
                                   **Dorota M. Barreto**
Date:   **August  1, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

| | | |
|---|---|---|
| In re | **Francisco Barreto,** | Case No. _____ |
| | **Dorota M. Barreto** | |
| | _____, | Chapter _____ **7** _____ |
| | Debtors | |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 5,475,000.00 | | |
| B - Personal Property | Yes | 5 | 117,510.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 7,538,011.42 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 1,725,343.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 19,863.62 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 19,848.27 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| | | Total Assets | 5,592,510.00 | | |
| | | | Total Liabilities | 9,263,355.32 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Francisco Barreto,**
       **Dorota M. Barreto**      Case No. _____

_____ ,

                 Debtors      Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re **Francisco Barreto,**
     **Dorota M. Barreto**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence:**<br>**5611 S. Garfield Ave.**<br>**Hinsdale, Illinois 60521** | **Joint tenant** | **J** | **2,100,000.00** | **2,080,565.00** |
| **1600 S. Ocean Blvd.**<br>**Fort Lauderdale, FL** | **Joint tenant** | **J** | **1,500,000.00** | **1,376,912.79** |
| **1213 Connamara Ct.**<br>**Westmont, Illinois** | **Joint tenant** | **J** | **575,000.00** | **535,241.00** |
| **5409-11 W. Addison**<br>**Chicago, Illinois 60641**<br>**(Held in name of 5411 W. Addison, Inc.)** | | **J** | **1,300,000.00** | **1,285,467.07** |

|  |  |  |
|---|---|---|
| Sub-Total > | **5,475,000.00** | (Total of this page) |
| Total > | **5,475,000.00** |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Francisco Barreto,**                                     Case No. _____
      **Dorota M. Barreto**
                                   ,
              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | **J** | **500.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal checking account with Bank of America/LaSalle Bank** **Market Value reflects aprox. ending balance** | **J** | **1,000.00** |
| | | **Business checking account for Euromex Mortgage, Corp. with Bank of America/LaSalle Bank** **Market Value reflects aprox. ending balance** | **-** | **2,000.00** |
| | | **Business checking account for Platinum Title Services, Inc. with Bank of America/LaSalle Bank** | **J** | **750.00** |
| | | **Business checking account for Starmax Entertainment, Inc. with Bank of America/LaSalle Bank** **Market Value reflects aprox. ending balance** | **-** | **500.00** |
| | | **Business checking account for Polmex Insurance Services, Inc. with Bank of America/LaSalle Bank** **Market Value reflects aprox. ending balance** | **-** | **100.00** |
| | | **Checking account at Associated Bank** **Negative balance** | **H** | **0.00** |
| | | **Business checking account for 5411 W. Addison, Inc. with Bank of America/LaSalle Bank** **Market Value reflects aprox. ending balance** | **-** | **100.00** |
| | | **Business checking account for for Furniture Connections, Inc. at LaSalle Bank** **Market Value reflects aprox. ending balance** **Opened in December 2007.** | **-** | **10.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |

                                                               Sub-Total >      **4,960.00**
                                            (Total of this page)

   **4**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Francisco Barreto,**                                           Case No. _____
         **Dorota M. Barreto**
         _____,
                                Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | J | 7,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Necessary and ordinary wearing apparel** | J | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance with Lincoln Benefit** | W | 0.00 |
| | | **Term life insurance Lincoln Benefit** | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Roth IRA** | H | 1,500.00 |
| | | **Roth IRA** | W | 1,500.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Money Market with LaSalle Bank Ending balance** | J | 50.00 |
| | | **Euromex Mortgage, Corp.** 5411 W. Addiston St., Chicago, Illinois | J | 0.00 |
| | | **Furniture Connection, Inc.** 5411 W. Addiston St., Chicago, Illinois | J | 0.00 |
| | | **5411 W. Addison, Inc.** **(only asset is listed in schedule A; market value at "$0" to avoid duplication)** 5411 W. Addiston St., Chicago, Illinois | J | 0.00 |

|  | Sub-Total > | 11,050.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet ___1___ of ___4___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Francisco Barreto,**                             Case No. _____
        **Dorota M. Barreto**

                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Polmex Insurance Services, Inc.** <br> **5411 W. Addison St., Chicago, Illinois** | J | 0.00 |
| | | **Platinum Title Services, Inc.** <br> **5411 W. Addiston St., Chicago, Illinois** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Professional licenses for (1) mortgage brokerage;** <br> **(2) Insurance Agent** | J | 0.00 |

                                             Sub-Total >      **0.00**
                                           (Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Francisco Barreto,**
**Dorota M. Barreto**
_____,
Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Genreal customer list for business** | J | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Audi**<br>**(Payments made by Rocio Moran (daughter) and vehicle in Rocio Moran's possession)**<br>**Purchased aprox. September 2007 for aprox. $7,000** | H | 5,000.00 |
| | | **2008 Audi Q7 in name of Platinum Title Services, Inc.**<br>**Leased** | - | 0.00 |
| | | **2007 BMW 328i in name of Euromex Mortgage, Inc.**<br>**Lease**<br>**(Payments made by George Klambatseas**<br>**(son-in-law) and vehicle in George Klambatseas' possession)** | - | 0.00 |
| | | **2008 BMX X5 in name of Platinum Title Services** | - | 50,000.00 |
| | | **2008 Audi A4 in name of Furniture Connection (paid by debtor's son; debtor personally guaranteed debt)** | - | 40,000.00 |
| | | **2008 BMW X5 in name of Polmex Insurance (paid by debtor's daughter; debtor personally guaranteed debt) (leased)** | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Euromex Mortgate, Inc., Polmex Insurance Services, Inc., Platinum title Services, Inc.**<br>**(General office desks, computers, etc.)**<br>**5411 W. Addiston St., Chicago, Illinois** | J | 2,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Furniture Connections, Inc. (display inventory only)**<br>**5411 W. Addiston St., Chicago, Illinois** | - | 3,000.00 |

|  | Sub-Total > | 100,500.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re  **Francisco Barreto,**
     **Dorota M. Barreto,**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Euromex Mortgage, Inc.** **General office supplies** **Copiers (leased)** | **-** | **1,000.00** |
| 31. Animals. | **X** | | | |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | **X** | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | **1,000.00** |
| Total > | **117,510.00** |

(Report also on Summary of Schedules)

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Francisco Barreto,**                                    Case No. _____
         **Dorota M. Barreto**

_____ ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■
11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**Residence:**<br>**5611 S. Garfield Ave.**<br>**Hinsdale, Illinois 60521** | **735 ILCS 5/12-901** | **30,000.00** | **2,100,000.00** |
| **Cash on Hand**<br>**Cash on hand** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>**Personal checking account with Bank of America/LaSalle Bank**<br>**Market Value reflects aprox. ending balance** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Business checking account for Euromex Mortgage, Corp. with Bank of America/LaSalle Bank**<br>**Market Value reflects aprox. ending balance** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Business checking account for Platinum Title Services, Inc. with Bank of America/LaSalle Bank** | **735 ILCS 5/12-1001(b)** | **750.00** | **750.00** |
| **Business checking account for Starmax Entertainment, Inc. with Bank of America/LaSalle Bank**<br>**Market Value reflects aprox. ending balance** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Business checking account for Polmex Insurance Services, Inc. with Bank of America/LaSalle Bank**<br>**Market Value reflects aprox. ending balance** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Checking account at Associated Bank**<br>**Negative balance** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Business checking account for 5411 W. Addison, Inc. with Bank of America/LaSalle Bank**<br>**Market Value reflects aprox. ending balance** | **735 ILCS 5/12-1001(b)** | **0.00** | **100.00** |
| **Business checking account for for Furniture Connections, Inc. at LaSalle Bank**<br>**Market Value reflects aprox. ending balance**<br>**Opened in December 2007.** | **735 ILCS 5/12-1001(b)** | **0.00** | **10.00** |
| **Household Goods and Furnishings**<br>**Household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **3,100.00** | **7,500.00** |
| **Wearing Apparel**<br>**Necessary and ordinary wearing apparel** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |

____1____ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Francisco Barreto,**
      **Dorota M. Barreto**

                                    Case No. _____

                              Debtors                ,

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Roth IRA** | **735 ILCS 5/12-704 735 ILCS 5/12-1006** | **1,500.00** | **1,500.00** |
| **Roth IRA** | **735 ILCS 5/12-704 735 ILCS 5/12-1006** | **1,500.00** | **1,500.00** |
| **Stock and Interests in Businesses** | | | |
| **Money Market with LaSalle Bank Ending balance** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Euromex Mortgate, Inc., Polmex Insurance Services, Inc., Platinum title Services, Inc. (General office desks, computers, etc.) 5411 W. Addiston St., Chicago, Illinois** | **735 ILCS 5/12-1001(d)** | **2,500.00** | **2,500.00** |
| **Inventory** | | | |
| **Furniture Connections, Inc. (display inventory only) 5411 W. Addiston St., Chicago, Illinois** | **735 ILCS 5/12-1001(b)** | **0.00** | **3,000.00** |

|  | Total: | **44,000.00** | **2,121,510.00** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Francisco Barreto,**
      **Dorota M. Barreto**
                                      ,
                              Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. 332331001<br><br>**Creditor #: 1**<br>**American Heartland Bandk & Trust**<br>**799 Hartland Drive**<br>**Sugar Grove, IL 60554** | - | | | | **July 2007**<br><br>**Mortgage**<br><br>**5409-11 W. Addison**<br>**Chicago, Illinois 60641**<br>**(Held in name of 5411 W. Addison, Inc.)** | | | X | | |
| | | | | | Value $      **1,300,000.00** | | | | 1,285,467.07 | 0.00 |
| Account No. Unit No. 1004 Building 1<br><br>**Creditor #: 2**<br>**Aquazul Condominium Assoc.**<br>**c/o Beker & Poliakoff**<br>**PO Box 9057**<br>**Fort Lauderdale, FL 33310** | | | J | | **Revolving**<br><br>**Homeowners' Association**<br><br>**1600 S. Ocean Blvd.**<br>**Fort Lauderdale, FL** | | | X | | |
| | | | | | Value $      **1,500,000.00** | | | | 11,778.79 | 0.00 |
| Account No. 848036910<br><br>**Creditor #: 3**<br>**Audi Financial Services**<br>**PO Box 17497**<br>**Baltimore, MD 21297-1497** | | | J | | **December 2007**<br>**Purchase Money Security**<br>**2004 Porche Cayenne**<br>**(Payments made by Luis Barreto (son)**<br>**and vehicle in Luis Barreto's**<br>**possession)**<br>**Purchased aprox. November 2007 for**<br>**aprox. $30,000** | | | X | | |
| | | | | | Value $      **25,000.00** | | | | 46,836.36 | 21,836.36 |
| Account No.<br><br>**Representing:**<br>**Audi Financial Services** | | | | | **VW Credit**<br>**2333 Waukegan Rd.**<br>**Deerfield, IL 60015** | | | | | |
| | | | | | Value $ | | | | | |

  **3**  continuation sheets attached

Subtotal
(Total of this page)

| 1,344,082.22 | 21,836.36 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

**B6D (Official Form 6D) (12/07) - Cont.**

In re  **Francisco Barreto,**
        **Dorota M. Barreto**
                                                          Case No. _____
_____,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 849959638 | | | May 2008 | | | | | |
| Creditor #: 4 Audi Financial Services PO Box 17497 Baltimore, MD 21297-1497 | | J | Purchase Money Security 2008 Audi Q7 in name of Platinum Title Services, Inc. Leased | | X | | | |
| | | | Value $             0.00 | | | | 75,000.00 | 75,000.00 |
| Account No. VIN: WAUAF48H58K006748 | | | July 2008 | | | | | |
| Creditor #: 5 Audi Financial Services PO Box 17497 Baltimore, MD 21297-1497 | | J | Purchase Money Security 2008 Audi A4 in name of Furniture Connection (paid by debtor's son; debtor personally guaranteed debt) | | | | | |
| | | | Value $        40,000.00 | | | | 0.00 | 0.00 |
| Account No. 1000669894 | | | May 2008 | | | | | |
| Creditor #: 6 BMW Bank of North America PO Box 78066 Phoenix, AZ 85062-8066 | | H | Purchase Money Security 2008 BMX X5 in name of Platinum Title Services | | X | | | |
| | | | Value $        50,000.00 | | | | 54,500.00 | 4,500.00 |
| Account No. 1000609115 | | | December 2007 Purchase Money Security 2004 BMW 530i in name of Euromex Mortgage Corp. (Payments made by Karolina Klambatseas (daughter) and vehicle in Karolina Klambatseas' possession) Purchased in aprox. December 2007 for | | | | | |
| Creditor #: 7 BMW Financial Services PO Box 78066 Phoenix, AZ 85062-8066 | | - | | | X | | | |
| | | | Value $        25,000.00 | | | | 37,813.20 | 12,813.20 |
| Account No. ******4494 | | | February 2008 Lease 2007 BMW 328i in name of Euromex Mortgage, Inc. Lease (Payments made by George Klambatseas (son-in-law) and vehicle in George Klambatseas' possession) | | | | | |
| Creditor #: 8 BMW Financial Services PO Box 78066 Phoenix, AZ 85062-8066 | | - | | | X | | | |
| | | | Value $             0.00 | | | | 34,377.00 | 34,377.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 201,690.20 | 126,690.20

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Francisco Barreto,**
        **Dorota M. Barreto**                                               Case No. _____

_____,
                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. VIN: SUXFE43548L026085 | | | July 2008 | | | | | |
| Creditor #: 9 BMW Financial Services PO Box 78066 Phoenix, AZ 85062-8066 | - | | Lease 2008 BMW X5 in name of Polmex Insurance (paid by debtor's daughter; debtor personally guaranteed debt) (leased) | | X | | | |
| | | | Value $              0.00 | | | | 55,000.00 | 55,000.00 |
| Account No. 185118.04//185118.05 | | | Lease of copiers | | | | | |
| Creditor #: 10 Canon Financial Services, Inc. c/o Howard N. Sobel, Esq. 507 Kresson Rd. Voorhees, NJ 08043 | | J | Euromex Mortgage, Inc. General office supplies Copiers (leased) | | | | | |
| | | | Value $          1,000.00 | | | | 0.00 | 0.00 |
| Account No. 91000133 | | | August 2005 | | | | | |
| Creditor #: 11 Edgebrook Bank 6000 W. Touhy Ave. Chicago, IL 60646 | - | | Mortgage 2324 N. Harlem Avenue, Elmwood Park, Illinois | | X | | | |
| | | | Value $      2,300,000.00 | | | | 1,950,000.00 | 0.00 |
| Account No. 866975915 | | | Opened  9/01/07 Purchase Money Security 1999 Audi (Payments made by Rocio Moran (daughter) and vehicle in Rocio Moran's possession) Purchased aprox. September 2007 for aprox. $7,000 | | | | | |
| Creditor #: 12 Fth3rd Bk P.O. Box 2306 Cincinnati, OH 45201-2306 | | H | | | | | | |
| | | | Value $          5,000.00 | | | | 6,299.00 | 1,299.00 |
| Account No. 1213 Connamara Ct., Westmont | | | Revolving | | | | | |
| Creditor #: 13 Groebe Management Connamara Villas of Westmonst Assoc 7250 W. Colletge Drive, Unit 2 SE Palos Heights, IL 60463 | | J | Homeowners' Association 1213 Connamara Ct. Westmont, Illinois | | X | | | |
| | | | Value $        575,000.00 | | | | 0.00 | 0.00 |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 2,011,299.00 | 56,299.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Francisco Barreto,**
**Dorota M. Barreto**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **8500036370** | | | Opened  8/01/05 | | | | | |
| **Creditor #: 14** **Harris Trust& Savings** **111 W Monroe St** **Chicago, IL 60603** | | J | Mortgage Residence: **5611 S. Garfield Ave.** **Hinsdale, Illinois 60521** | | X | | | |
| | | | Value $            2,100,000.00 | | | | 1,480,342.00 | 0.00 |
| Account No. **109207402785005** | | | Opened 11/01/07 | | | | | |
| **Creditor #: 15** **Lasalle National N A** **3985 N Milwaukee Ave** **Chicago, IL 60641** | | J | Mortgage Residence: **5611 S. Garfield Ave.** **Hinsdale, Illinois 60521** | | X | | | |
| | | | Value $            2,100,000.00 | | | | 600,223.00 | 0.00 |
| Account No. **2770010889970** | | | Opened  4/01/07 | | | | | |
| **Creditor #: 16** **Select Portfolio Svcin** **Po Box 65250** **Salt Lake City, UT 84165** | | J | Mortgage **1213 Connamara Ct.** **Westmont, Illinois** | | X | | | |
| | | | Value $              575,000.00 | | | | 472,500.00 | 0.00 |
| Account No. **2770010889988** | | | Opened  4/01/07 | | | | | |
| **Creditor #: 17** **Select Portfolio Svcin** **Po Box 65250** **Salt Lake City, UT 84165** | | J | Mortgage **1213 Connamara Ct.** **Westmont, Illinois** | | X | | | |
| | | | Value $              575,000.00 | | | | 62,741.00 | 0.00 |
| Account No. **9083062677269** | | | Opened  7/01/06 | | | | | |
| **Creditor #: 18** **Washington Mutual Fa** **Po Box 1093** **Northridge, CA 91328** | | W | Purchase Money Security **1600 S. Ocean Blvd.** **Fort Lauderdale, FL** | | X | | | |
| | | | Value $            1,500,000.00 | | | | 1,365,134.00 | 0.00 |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 3,980,940.00 | 0.00 |
| Total (Report on Summary of Schedules) | 7,538,011.42 | 204,825.56 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re  **Francisco Barreto,**                                                                                    Case No. _____
**Dorota M. Barreto**
_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**     continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Francisco Barreto,**        Case No. _____
      **Dorota M. Barreto**

                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Advertising for Blue Moon Rest. | | | | |
| Creditor #: 1 <br> **Alliance Printers & Publishers, Inc** <br> **5711 N. Milwaukee Ave.** <br> **Chicago, IL 60646** | - | | | | | | X | | 840.00 |
| Account No. 4000000013124 | | | | | Telephone and internet service for Euromex Mortgage Corp.; included for purposes of notice and discharge of any personal liability. | | | | |
| Creditor #: 2 <br> **American Recover Services, Inc.** <br> **555 St. Charles Drive, Ste. 100** <br> **Thousand Oaks, CA 91360** | - | | | | | | X | | 5,213.92 |
| Account No. 4000000013152 | | | | | Telephone and internet service for Euromex Mortgage Corp.; included for purposes of notice and discharge of any personal liability. | | | | |
| Creditor #: 3 <br> **American Recover Services, Inc.** <br> **555 St. Charles Drive, Ste. 100** <br> **Thousand Oaks, CA 91360** | - | | | | | | X | | 1,414.85 |
| Account No. 3499907487219273 | | | | | Opened  2/01/95 | | | | |
| Creditor #: 4 <br> **Amex** <br> **Po Box 297871** <br> **Fort Lauderdale, FL 33329** | J | | | | Credit account; used primarily for business bills for restuarant, business supplies, and other business expenses; some personal use; amount reflects accrued interest and/or penalties. | | X | | 11,576.00 |

    **_8_**   continuation sheets attached                              Subtotal      | **19,044.77** |
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                      S/N:30457-080701   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Francisco Barreto,**
     **Dorota M. Barreto**
                                            ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **2150520852** <br><br> **Creditor #: 5** <br> **Associated Bank** <br> **5200 N. Central Avenue** <br> **Chicago, IL 60630** | | H | | | Revolving <br> Overdraft fees | | X | | <br><br><br> 495.77 |
| Account No. **2150520845** <br><br> **Creditor #: 6** <br> **Associated Bank** <br> **5200 N. Central Avenue** <br> **Chicago, IL 60630** | | J | | | Overdraft fees | | X | | <br><br><br> 132.02 |
| Account No. **848036910** <br><br> **Creditor #: 7** <br> **Audi Financial Services** <br> **PO Box 17497** <br> **Baltimore, MD 21297-1497** | | - | | | December 2007 <br> 2004 Porche Cayenne; repo July 2008; Claimed amount reflects aprox. outstanding balance. | | X | | <br><br><br> 46,836.36 |
| Account No. <br><br> **Representing:** <br> **Audi Financial Services** | | | | | Audi Financial Services <br> 2333 Wayukegan Road <br> Deerfield, IL 60015 | | | | |
| Account No. **410013 00 102563 1** <br><br> **Creditor #: 8** <br> **Beneficial** <br> **PO Box 4153** <br> **Carol Stream, IL 60197** | | J | | | 5611 S. Garfield Avenue, Hinsdale, IL 60521 | | | | <br><br><br> Unknown |

Sheet no. __**1**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,464.15

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Francisco Barreto,**   Case No. _____
**Dorota M. Barreto**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **1000609115**<br><br>Creditor #: 9<br>**BMW Financial Services**<br>**PO Box 78066**<br>**Phoenix, AZ 85062-8066** | - | | | | December 2007<br>**2004 BMW 530i in name of Euromex Mortage Corp. Reposed aprox. July 2008. (Claimed Amount reflects aprox. outstanding balance).** | | X | | 37,813.20 |
| Account No. **Client#: RNES058**<br><br>Creditor #: 10<br>**Caine & Weiner**<br>**PO box 5010**<br>**Woodland Hills, CA 91365-5010** | J | | | | **Business debt for EuroMex Mortgage** | | X | | 233.19 |
| Account No. 55980<br><br>Creditor #: 11<br>**Cbeyond**<br>**13474 Collection Center Dr.**<br>**Chicago, IL 60693** | - | | | | Revolving<br>**Telephone service for EuroMex Mortgage Corporation** | | X | | 1,450.36 |
| Account No. 540168302416<br><br>Creditor #: 12<br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | J | | | | Opened  9/01/99<br>**Credit account; used primarily for business bills for restuarant, business supplies, and other business expenses; some personal use; amount reflects accrued interest and/or penalties.** | | X | | 21,526.00 |
| Account No. 542418075536<br><br>Creditor #: 13<br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | J | | | | Opened 12/01/02<br>**Credit account; used primarily for business bills, business supplies, and other business expenses; some personal use; amount reflects accrued interest and/or penalties.** | | X | | 51,645.00 |

Sheet no. __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **112,667.75**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Francisco Barreto,**                                        Case No. _____
        **Dorota M. Barreto**
                                                                ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **542418060782** | | | | | **Opened  9/01/05** | | | | |
| **Creditor #: 14** **Citi** **Po Box 6241** **Sioux Falls, SD 57117** | | | W | | **Credit account; used primarily for business bills, business supplies, and other business expenses; some personal use; amount reflects accrued interest and/or penalties.** | | X | | 25,904.00 |
| Account No. **430853571002** | | | | | **Opened  7/01/94** | | | | |
| **Creditor #: 15** **Credit Union One A D** **Po Box 200** **Rantoul, IL 61866** | | | J | | **Credit account; used primarily for business bills, business supplies, and other business expenses; some personal use; amount reflects accrued interest and/or penalties.** | | X | | 7,939.00 |
| Account No. **601129889154** | | | | | **Opened 12/01/02** | | | | |
| **Creditor #: 16** **Discover Fin Svcs Llc** **Po Box 15316** **Wilmington, DE 19850** | | | J | | **Credit account; used primarily for business bills, business supplies, and other business expenses; some personal use; amount reflects accrued interest and/or penalties.** | | X | | 9,249.00 |
| Account No. **511612** | | | | | **Business expenses for Euromex Mortgage; included for purposes of notice and discharge of any personal guarantee.** | | | | |
| **Creditor #: 17** **Fannie Mae** **Attn: Lockbox 403207** **6000 Feldwood Road** **Atlanta, GA 30349** | | | - | | | | X | | 1,255.00 |
| Account No. **06-C-1355** | | | | | **Settlement: June 2006** **Settlement of lawsuit against EuroMex Mortgage; included herein for notice and discharge of any personal liability.** | | | | |
| **Creditor #: 18** **Farzad Omaraie** **c/o Christopher V. Langone, Esq.** **225 W. Washington St., Ste. 2200** **Chicago, IL 60606** | | | - | | | | X | | 12,000.00 |

Sheet no. __3___ of __8___ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          **56,347.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Francisco Barreto,**
    **Dorota M. Barreto**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7878**<br><br>**Creditor #: 19**<br>**Fia Csna**<br>**Po Box 17054**<br>**Wilmington, DE 19884** | | J | Opened 10/01/05<br>**Credit account; used primarily for business bills, business supplies, and other business expenses; some personal use; amount reflects accrued interest and/or penalties.** | | X | | 35,929.00 |
| Account No. **1161**<br><br>**Creditor #: 20**<br>**Fia Csna**<br>**Po Box 17054**<br>**Wilmington, DE 19884** | | J | Opened 12/01/05<br>**Credit account; used primarily for business bills, business supplies, and other business expenses; some personal use; amount reflects accrued interest and/or penalties.** | | X | | 26,178.00 |
| Account No. **86005**<br><br>**Creditor #: 21**<br>**Fifth Third Bank**<br>**Fifth Third Center**<br>**Cincinnati, OH 45263** | | J | Opened  9/01/05<br>**Automobile; account was paid back in 2006 after "trade-in."  Shows open with outstanding balance on debtor's credit report; included for purposes of notice, discharge, and closure.** | | X | | 0.00 |
| Account No. **043290704**<br><br>**Creditor #: 22**<br>**Ford Credit**<br>**PO box 790093**<br>**Saint Louis, MO 63179-0093** | | - | February 2008<br>**Repossession of 2007 Lincoln Mark LT in name of Euromex Mortgae Corp.; Claimed Amount deficiency is estimated.** | | X | | 20,000.00 |
| Account No. **603459070102**<br><br>**Creditor #: 23**<br>**Gemb/Abt Tv**<br>**Po Box 981439**<br>**El Paso, TX 79998** | | J | Opened 10/01/00<br>**Credit account; used primarily for business bills, business supplies, and other business expenses; some personal use; amount reflects accrued interest and/or penalties.** | | X | | 2,734.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84,841.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Francisco Barreto,**
　　　**Dorota M. Barreto**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 6100190723<br><br>Creditor #: 24<br>Harris N A<br>Po Box 94034<br>Palatine, IL 60094 | | W | | | Opened 2/01/05<br>**Mortgage loan secured by realty that was owned by debtors' daughter, and guaranteed by debtor. Realty now sold. Debtor's credit report shows an outstanding balance; included for purposes of notice, discharge, and closure.** | | X | | 101,166.00 |
| Account No. 6100206953<br><br>Creditor #: 25<br>Harris N A<br>Po Box 94034<br>Palatine, IL 60094 | | J | | | Opened 8/01/05<br>**Mortgage loan secured by realty that was owned by debtors' daughter, and guaranteed by debtor. Realty now sold. Debtor's credit report shows an outstanding balance; included for purposes of notice, discharge, and closure.** | | X | | 85,238.00 |
| Account No. 410013-00-102563-1<br><br>Creditor #: 26<br>HSBC Credit Center<br>PO Box 17574<br>Baltimore, MD 21297-1574 | | H | | | **Installment loan.** | | X | | 3,318.17 |
| Account No. 59354<br><br>Creditor #: 27<br>Jasper Meets, Inc.<br>9 Morgan Lane<br>Barrington, IL 60010 | | - | | | **Business expenses for Blue Moon Rest.** | | X | | 1,500.00 |
| Account No. 9087<br><br>Creditor #: 28<br>Kurier<br>6144 W. Belmont Ave.<br>Chicago, IL 60634 | | - | | | **Business expense for Blue Moon Rest.** | | X | | 900.00 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

192,122.17

B6F (Official Form 6F) (12/07) - Cont.

In re  **Francisco Barreto,**
     **Dorota M. Barreto**
                                           ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 08-L-2039 <br><br>**Creditor #: 29**<br>**Marcin Koziol**<br>**c/o Vrdolyak Law Group**<br>**9618 S. Commerical Ave.**<br>**Chicago, IL 60617** | | H | **February 2008**<br>**Personal injurly law suit against Blue Moon restaurant & Debtor; "Slip & Fall."** | | X | | 35,000.00 |
| Account No. <br><br>**Representing:**<br>**Marcin Koziol** | | | **Edward K. Grasse**<br>**Busse, Busse & Grasse**<br>**20 N. Wacker Dr., Ste. 1860**<br>**Chicago, IL 60606** | | | | |
| Account No. 32960906-BB2 <br><br>**Creditor #: 30**<br>**NCO Financial Systems, inc.**<br>**PO Box 17196**<br>**Baltimore, MD 21297** | - | | **Utilites for 6913 N. Milwaukee Ave., Niles, Illinois; in name of Starmax Entertainment; included for purposes of notice and discharge of any personal liability.** | | X | | 4,011.57 |
| Account No. 31448 <br><br>**Creditor #: 31**<br>**Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville, IL 60563** | | W | **Opened  8/14/03  Last Active  5/16/08**<br>**Other Utility Company** | | | | 814.00 |
| Account No. STWC809831 <br><br>**Creditor #: 32**<br>**NorGuard Insurance Company**<br>**PO Box A-H**<br>**16 South River Street**<br>**Wilkes Barre, PA 18703-1368** | - | | **Revolving**<br>**Insurance for Starmax Entertainment, inc.** | | X | | 1,524.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,349.57

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Francisco Barreto,**
    **Dorota M. Barreto**                                        Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **07-CH-28776**<br><br>**Creditor #: 33**<br>**Plaza Bank**<br>**c/o Martin & Karcazes, Ltd.**<br>**161 N. Clark Street, Suite 550**<br>**Chicago, IL 60601** | - | | **June 2006**<br>**Mortgage on 6913 N. Milwaukee Ave., Niles, Illinois. Property forclosed upon apox. April 2008; upon information and belief, Plaza Bank's loan was satisfied; included herein for purposes of notice and discharge.** | | X | | 0.00 |
| Account No. **08-M1-105387**<br><br>**Creditor #: 34**<br>**Plaza Bank**<br>**c/o Martin & Karcazes, Ltd.**<br>**161 N. Clark Street, Suite 550**<br>**Chicago, IL 60601** | | J | **December 2007**<br>**Lawsuit to recover advances on checks; defendant is Starmax Entertainment, Inc.; included herein for any personal liability.** | | X | | 10,021.49 |
| Account No. **1-08-CV-1188-BMM-AK**<br><br>**Creditor #: 35**<br>**Setanta Sports North America, Ltd.**<br>**c/o Julie Cohen Lonstein, Esq.**<br>**1 Terrace Hill: PO Box 351**<br>**Ellenville, NY 12428** | | H | **Nov. 2007**<br>**Debtor's leased 6913 N. Milwaukee Ave., Niles, Illinois to tenant who entered into a licensing agreement with Creditor. Tenant breached agreement; debtors named in law suit for breach of contract and violation of 47 USC Sec. 605.** | | X | X | 226,000.00 |
| Account No. **Inv. 57260**<br><br>**Creditor #: 36**<br>**Sta-Kleen, Inc.**<br>**803 West Estes Ave.**<br>**Schaumburg, IL 60193** | - | | **Business expense for Blue Moon Restuarant** | | X | | 370.00 |
| Account No. **21267160-04**<br><br>**Creditor #: 37**<br>**U.S. Small Business, c/o U.S. Attor**<br>**Northern District of Illinois**<br>**219 S. Dearborn St., 5th Floor**<br>**Chicago, IL 60604** | - | | **Mortgage on 6913 N. Milwaukee Ave., Niles, Illinois. Property forclosed upon apox. April 2008.** | | X | | 768,000.00 |

Sheet no. __7___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 1,004,391.49

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Francisco Barreto,**
         **Dorota M. Barreto**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **07-L-9540** <br><br> **Creditor #: 38** <br> **Victor & Nancy E. Larrea** <br> **c/o Kenneth G. Mason** <br> **123 W. Madison, Ste. 700** <br> **Chicago, IL 60602** | | H | **Suit filed Sept. 2007** <br> **Allegation of breach of contract & deceptive practices.** | | X | | 100,000.00 |
| Account No. <br><br> **Representing:** <br> **Victor & Nancy E. Larrea** | | | **Clausen Miller, P.C.** <br> **10 South LaSalle Street** <br> **Chicago, IL 60603** | | | | |
| Account No. **515769068624** <br><br> **Creditor #: 39** <br> **Wachdlrsrv** | | H | **Opened 6/01/07** <br> **Automobile; account was paid back in 2006 after "trade-in." Shows open with outstanding balance on debtor's credit report; included for purposes of notice, discharge, and closure.** | | X | | 67,116.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 167,116.00 |
| | Total <br> (Report on Summary of Schedules) | 1,725,343.90 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Francisco Barreto,**                                        Case No. _____
         **Dorota M. Barreto**

_____ ,
                            Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Canon Financial Services, Inc.**<br>**c/o Howard N. Sobel, Esq.**<br>**507 Kresson Rd.**<br>**Voorhees, NJ 08043** | **Two copiers (one assumed fraudulently under**<br>**business by former eployee) for Euromex**<br>**Mortgage Corporation.**<br>**Lease No. 185118.04 - $45,870.65**<br>**Lease No. 185118.05 $35,716.91** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Francisco Barreto,**
        **Dorota M. Barreto**

Case No. _____

_____,
                              Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re    **Francisco Barreto**
         **Dorota M. Barreto**                                          Case No. _____
                            Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Furniture sales** | **Furniture sales** |
| Name of Employer | **Furniture Connection, Inc.** | **Furniture Connection, Inc.** |
| How long employed | **Feb. 2008** | **Feb. 2008** |
| Address of Employer | **5411 W. Addison**<br>**Chicago, IL 60641** | **5411 W. Addison**<br>**Chicago, IL 60641** |
| *See Attachment for Additional Employment Information | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ 2,397.67 | $ 2,397.67 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | | $ 2,397.67 | $ 2,397.67 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|   a. Payroll taxes and social security | | $ 290.86 | $ 290.86 |
|   b. Insurance | | $ 0.00 | $ 0.00 |
|   c. Union dues | | $ 0.00 | $ 0.00 |
|   d. Other (Specify): | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 290.86 | $ 290.86 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 2,106.81 | $ 2,106.81 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 6,975.00 | $ 6,975.00 |
| 8. Income from real property | | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify):  **Rent** | | $ 1,700.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 8,675.00 | $ 6,975.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 10,781.81 | $ 9,081.81 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 19,863.62 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re **Francisco Barreto**
**Dorota M. Barreto**
_____
Debtor(s)

Case No. _____

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Debtor | |
|---|---|
| Occupation | **Mortgage Broker** |
| Name of Employer | **EuroMex Mortgage** |
| How long employed | **July 1997** |
| Address of Employer | **5411 W. Addison**<br>**Chicago, IL 60641** |

| Debtor | |
|---|---|
| Occupation | **Title company** |
| Name of Employer | **Platinum Title Services, Inc.** |
| How long employed | **Jan. 2001** |
| Address of Employer | **5411 W. Addison St.**<br>**Chicago, IL 60641** |

| Debtor | |
|---|---|
| Occupation | **Insurance agent** |
| Name of Employer | **Polmex Insurnace Services, Inc.** |
| How long employed | **Jan. 2008** |
| Address of Employer | **dba Farmers Insurnace**<br>**5411 W. Addison St.**<br>**Chicago, IL 60641** |

| Spouse | |
|---|---|
| Occupation | **Mortgage Broker** |
| Name of Employer | **Euro-mex Mortgage Corp.** |
| How long employed | **July 1997** |
| Address of Employer | **5411 W. Addison St.**<br>**Chicago, IL 60641** |

| Spouse | |
|---|---|
| Occupation | **Title company** |
| Name of Employer | **Platinum Title Services, Inc.** |
| How long employed | **Jan. 2001** |
| Address of Employer | **5411 W. Addision St.**<br>**Chicago, IL 60641** |

| Spouse | |
|---|---|
| Occupation | **Insurance agent** |
| Name of Employer | **Polmex Insurnace Services, Inc.** |
| How long employed | **Jan. 2008** |
| Address of Employer | **dba Farmers Insurance**<br>**5411 W. Addison St.**<br>**Chicago, IL 60641** |

B6J (Official Form 6J) (12/07)

In re **Francisco Barreto**
**Dorota M. Barreto**
_____
Debtor(s)

Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 6,142.50 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 1,300.00 |
| b. Water and sewer | $ | 60.00 |
| c. Telephone | $ | 300.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 250.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 75.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 309.00 |
| b. Life | $ | 380.00 |
| c. Health | $ | 850.00 |
| d. Auto | $ | 83.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  **See Detailed Expense Attachment** | $ | 8,598.77 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 19,848.27 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 19,863.62 |
| b. Average monthly expenses from Line 18 above | $ | 19,848.27 |
| c. Monthly net income (a. minus b.) | $ | 15.35 |

B6J (Official Form 6J) (12/07)

In re **Francisco Barreto**
    **Dorota M. Barreto**                                    Case No. _____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Installment Payments:**

| | | |
|---|---|---:|
| **Second Mortgage on Garfield** | $ | **4,771.00** |
| **Real Estate Taxes for Garfield** | $ | **1,250.00** |
| **2008 Audi** | $ | **1,297.77** |
| **2008 BMW X5** | $ | **980.00** |
| **Insurnace on Garfield** | $ | **300.00** |
| **Total Other Installment Payments** | $ | **8,598.77** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Francisco Barreto**
**Dorota M. Barreto**
_____
Debtor(s)

Case No. _____
Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **30** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August  1, 2008**_____     Signature  **/s/ Francisco Barreto**_____
**Francisco Barreto**
Debtor

Date  **August  1, 2008**_____     Signature  **/s/ Dorota M. Barreto**_____
**Dorota M. Barreto**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Francisco Barreto**
**Dorota M. Barreto**
                                       Case No.
                                            Debtor(s)          Chapter   **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,196,849.00** | **2006: (Amounts reflects Gross Receipts from Taxes) EuroMex Mortgage Corp. ($1,486,506); Platinum Title Services, Inc. ($112,226); Starmax Entertainment, Inc. ($242,567); Personal Wages ($325,909); Capital gain ($29,641).** |
| **$1,336,509.00** | **2007: (Amounts reflects Gross Receipts from Taxes) EuroMex Mortgage Corp. ($808,683); Starmax Entertainment, Inc. ($206,715); Platinum Title Services, Inc. ($67,805); 5411 W. Addison, Inc. ($0.00); Furniture Connection, Inc. ($0.00); Personal Wages ($141,629); Capital gain ($111,677)** |

| AMOUNT | SOURCE |
|---|---|
| $175,000.00 | 2008: (Amounts are projected until end of year) EuroMex Mortgage Corp. ($50,000); Polmex Insurnace Services, Inc. ($50,000); Platinum Title Services, Inc. ($10,000); 5411 W. Addison, Inc. ($0.00); Furniture Connection, Inc. ($30.00); Personal Wages ($35,000); Capital gain ($Unknown) |

**2. Income other than from employment or operation of business**

None
■   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT           SOURCE

**3. Payments to creditors**

None
■   *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| LaSalle Bank<br>Chicago, IL 60603 | 15th of each month (Second mortgage on 5611 S. Garfiled, Hinsdale, Illinois) | $4,471.00 | $0.00 |
| Harris Bank<br>Bankruptcy Department<br>150 West Wilson Court<br>Palatine, IL 60067 | 15th of every month (1st mortgage for 5611 S. Garfiled, Hinsdale, Illinois) | $6,142.50 | $0.00 |
| American Heartland Bank<br>799 Suger Grove Lane<br>Sugar Grove, IL | 10th of every month Mortgage for 5411 W. Addison, Inc. | $11,503.00 | $0.00 |
| Krzysztof Drozdziewicz<br>942 N. Rohwling, Unit 101-E<br>Addison, IL 60101 | Weekly - employee | $500.00 | $0.00 |

None
■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Plaza Bank v. Starmax Entertainment, Inc., et al. No. 07-CH-28776** | **Forclosure** | **Cook County, Illinois** | **Order confirming sale of property entered May 2008.** |
| **Setanta Sports North America, Ltd. v. Francisco Barreto, et al. No. 1-08-CV-1188-BMM-AK** | **Allegations range from breach of contract to violations of 47 U.S.C. Sec. 605, et al.** | **Northern District of Illinois Eastern Division** | **Pending** |
| **Marcin Koziol v. Starmax Entertainment, Inc. & Francisco Barreto No. 08-L-2039** | **Personal injury, slip and fall** | **Cook County, Illinois** | **Pending** |
| **Victor Larrea & Nancy E. Larrea v. Euormex Mortgage Corp. & Francisco Barreto No. 07-L-9540** | **Breach of contract/deceptive practices** | **Cook County, Illinois** | **Pending** |
| **Plaza Bank v. Starmax Entertainment, Inc. No. 08-M1-105387** | **Breach of Contract/Overdraft** | **Cook County, Illinois** | **Pending** |
| **Farzad Omaraie v. EuroMex Mortgage Corporation, et al. No. 06 C 1355** | **Release and settlment agreement** | **Cook County, Illinois Unsure; suit may have commenced in DuPage or McHenry, then transfered to Cook County** | **Settlement executed June 2006.** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Motor Credit PO Box 790093 Saint Louis, MO 63179-0093** | **July 2008** | **2007 Lincoln Mark LT; $25,000 value; owed $43,000 at time of repossession.** |
| **Audi Financial Services PO Box 17497 Baltimore, MD 21297-1497** | **July 2008** | **2004 Porche Cayenne; aprox. value $25,000; carrying $46,836 loan at time of repo.** |
| **BMW Financial Services PO Box 78066 Phoenix, AZ 85062-8066** | **July 2008** | **2004 BMW 530i; aprox. value $25,000; carrying aprox. $37,813 loan.** |

4

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kaplan Law Offices, P.C.** <br> **4043 Dempster** <br> **Skokie, IL 60076** | **May 22, 2008** | **$500.00** |
| **Kaplan Law Offices, P.C.** <br> **4043 Dempster** <br> **Skokie, IL 60076** | **July 2, 2008** | **$1,500.00** |

5

**10.  Other transfers**

None    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
☐    transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Leszek & Agnieszka Gadek**<br>**7456 N. Waukegan**<br>**Niles, IL 60714**<br>    **Parnters** | **February 5, 2008** | **Debtors held a 50% beneficial interest in a trust agreement dated July 27, 2005 and known as Chicago Title Land Trust Company Trust Number 1114593.  Leszek and Agnieszka Gadek held the other 50% interest.  The trust consisted of 7456 N. Waukegan Ave., Niles, Illinois (a seven store/business strip mall).**<br>**The gross purchase price was $200,000.  Seller credited Buyer $25,453.10 to reimburse Buyer for 2 months of mortgage payments.  After other closing costs, Seller netted $174,546.10.** |

None    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
■    trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
☐    otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Plaza Bank**<br>**7460 W. Irving Park Road**<br>**Harwood Heights, IL 60706** | **Business checking for 5411 W. Addison, Inc.**<br>**No. 4100377** | **Closed aprox. October 2007 with aprox. balance of $4,000 transf. to LaSalle Bank in same business name.** |

6

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Plaza Bank** **7460 W. Irving Park Rd.** **Harwood Heights, IL 60706** | **Personal checking account** **No. 650477** | **Closed aprox. September/October 2007 with aprox. balance of $2,000 transf. to LaSalle Bank in same name.** |
| **Plaza Bank** **7460 W. Irving Park Rd.** **Harwood Heights, IL 60706** | **Business checking account in name of Euormex Mortgage Corp.** **No. 224058** | **Closed aprox. October 2007 with aprox. balance of $150 transf. to LaSalle Bank in same business name.** |
| **Plaza Bank** **7460 W. Irving Park Road** **Harwood Heights, IL 60706** | **Business checking account in name of Platinum Title Services** **No. 4308292** | **Closed aprox. September/October 2007 with aprox. balance of $3,500 transf. to LaSalle Bank in same business name.** |
| **Plaza Bank** **7460 W. Irving Park Road** **Harwood Heights, IL 60706** | **Business checking account in name of Starmax Entertainment, Inc. d/b/a Blue Moon Restaurant** **No. 4303515** | **Closed aprox. October 2007. Closed by Plaza Bank due to overdraft fees.** |
| **Plaza Bank** **7460 W. Irving Park Rd.** **Harwood Heights, IL 60706** | **Personal Money Market Account** **No. 476261** | **Closed aprox. October 2007 with aprox. balance of $7,500 transf. to LaSalle Bank in same name.** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

7

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|---------|--------------------|----------------------------|
| **EuroMex Mortgage Corporation** | 36-4172033 | **5411 W. Addison Ave. Chicago, IL 60641** | **Mortgage Brokerageship** | **July 1997 to present** |
| **Platinum Title Services** | 36-4414034 | **5411 W. Addison Chicago, IL 60641** | **Real Estate Title Insurance** | **January 2001 to present** |
| **Furniture Connection, Inc.** | 26-0308143 | **5411 W. Addison St. Chicago, IL 60641** | **Furniture sales** | **May 2007 to present** |
| **5411 W. Addison, Inc.** | 26-0253903 | **5411 W. Addison St. Chicago, IL 60641** | **Management of 5411 W. Addison, Chicago, Illinois** | **June 2007 to present** |
| **Polmex Insurance Services, Inc.** | 26-1287093 | **5411 W. Addison Chicago, IL 60641** | **Insurance sales/agent for Farmers Insurance** | **February 2008 to present** |
| **Starmax Entertainment, Inc.** | 20-4103751 | **5411 W. Addison St. Chicago, IL 60641** | **Restuarant** | **Jnauary 2006 to April 2008** |
| **Catarina Mall, Inc.** | 20-3344008 | **2439 N. Harlem Elmwood Park, IL** | **Strip mall** | **August 2005 to Feb. 2008** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.



NAME                                          ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

9

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **C&M Tax Accounting Services, Ltd.** | **2006 and 2007 personal and corporate** |
| **6906 W. Belmont Ave.** | **tax returns** |
| **Chicago, IL 60634** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

10

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Leszek & Agnieszka Gadek**<br>**7456 N. Waukegan**<br>**Niles, IL 60714** | **Holders of a beneficial interest** | **Feb. 2008** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **August 1, 2008**     Signature   **/s/ Francisco Barreto**
                                                       **Francisco Barreto**
                                                       Debtor

Date   **August 1, 2008**     Signature   **/s/ Dorota M. Barreto**
                                                       **Dorota M. Barreto**
                                                       Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Francisco Barreto**
**Dorota M. Barreto**

Debtor(s)

Case No. _____

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1600 S. Ocean Blvd. Fort Lauderdale, FL** | **Aquazul Condominium Assoc.** | X | | | |
| **Euromex Mortgage, Inc. General office supplies Copiers (leased)** | **Canon Financial Services, Inc.** | X | | | |
| **1213 Connamara Ct. Westmont, Illinois** | **Groebe Management** | X | | | |
| **1213 Connamara Ct. Westmont, Illinois** | **Select Portfolio Svcin** | X | | | |
| **1213 Connamara Ct. Westmont, Illinois** | **Select Portfolio Svcin** | X | | | |
| **1600 S. Ocean Blvd. Fort Lauderdale, FL** | **Washington Mutual Fa** | X | | | |

Form 8 Cont.
(10/05)

In re  **Francisco Barreto**
     **Dorota M. Barreto**
                     Debtor(s)
                Case No.  _____

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **5409-11 W. Addison Chicago, Illinois 60641 (Held in name of 5411 W. Addison, Inc.)** | **American Heartland Bandk & Trust** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **2004 Porche Cayenne (Payments made by Luis Barreto (son) and vehicle in Luis Barreto's possession) Purchased aprox. November 2007 for aprox. $30,000** | **Audi Financial Services** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **2008 Audi Q7 in name of Platinum Title Services, Inc. Leased** | **Audi Financial Services** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **2008 Audi A4 in name of Furniture Connection (paid by debtor's son; debtor personally guaranteed debt)** | **Audi Financial Services** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **2008 BMX X5 in name of Platinum Title Services** | **BMW Bank of North America** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **2007 BMW 328i in name of Euromex Mortgage, Inc. Lease (Payments made by George Klambatseas (son-in-law) and vehicle in George Klambatseas' possession)** | **BMW Financial Services** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **2004 BMW 530i in name of Euromex Mortgae Corp. (Payments made by Karolina Klambatseas (daughter) and vehicle in Karolina Klambatseas' possession) Purchased in aprox. December 2007 for aprox. $38,000** | **BMW Financial Services** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **2008 BMW X5 in name of Polmex Insurance (paid by debtor's daughter; debtor personally guaranteed debt) (leased)** | **BMW Financial Services** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **Repossession of 2007 Lincoln Mark LT in name of Euromex Mortgae Corp.; Claimed Amount deficiency is estimated.** | **Ford Credit** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **1999 Audi (Payments made by Rocio Moran (daughter) and vehicle in Rocio Moran's possession) Purchased aprox. September 2007 for aprox. $7,000** | **Fth3rd Bk** | **Debtor will retain collateral and continue to make regular payments.** | | | |

Form 8 Cont.
(10/05)

In re    **Francisco Barreto**
       **Dorota M. Barreto**                          Case No.     _____
                       Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residence:**<br>**5611 S. Garfield Ave.**<br>**Hinsdale, Illinois 60521** | **Harris Trust& Savings** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **Residence:**<br>**5611 S. Garfield Ave.**<br>**Hinsdale, Illinois 60521** | **Lasalle National N A** | **Debtor will retain collateral and continue to make regular payments.** | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **August  1, 2008**           Signature   **/s/ Francisco Barreto**
                                               **Francisco Barreto**
                                               Debtor

Date   **August  1, 2008**           Signature   **/s/ Dorota M. Barreto**
                                               **Dorota M. Barreto**
                                               Joint Debtor

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Francisco Barreto**
**Dorota M. Barreto**

Case No. _____

Debtor(s)

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $      **1,701.00** |
| Prior to the filing of this statement I have received | $      **1,701.00** |
| Balance Due | $      **0.00** |

2.  $  **299.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 1, 2008**

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
**Kaplan Law Offices, P.C.**
**4043 Dempster**
**Skokie, IL 60076**
**847-676-8600  Fax: 847-676-8601**
**ayk@ameritech.net**

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Alexey Y. Kaplan (Kaplan Law Offices, P.C.)** <br> **6272494** | X **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)** | **August  1, 2008** |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**4043 Dempster**
**Skokie, IL 60076**
**847-676-8600**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Francisco Barreto** <br> **Dorota M. Barreto** | X **/s/ Francisco Barreto** | **August  1, 2008** |
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known) | X **/s/ Dorota M. Barreto** | **August  1, 2008** |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Francisco Barreto**
**Dorota M. Barreto**                                   Case No. _____
_____           Chapter    **7**    _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **62**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **August  1, 2008**            **/s/ Francisco Barreto**
_____           _____
                          **Francisco Barreto**
                          Signature of Debtor

Date: **August  1, 2008**            **/s/ Dorota M. Barreto**
_____           _____
                          **Dorota M. Barreto**
                          Signature of Debtor

Alliance Printers & Publishers, Inc
5711 N. Milwaukee Ave.
Chicago, IL 60646


American Heartland Bandk & Trust
799 Hartland Drive
Sugar Grove, IL 60554


American Recover Services, Inc.
555 St. Charles Drive, Ste. 100
Thousand Oaks, CA 91360


American Recover Services, Inc.
555 St. Charles Drive, Ste. 100
Thousand Oaks, CA 91360


Amex
Po Box 297871
Fort Lauderdale, FL 33329


Aquazul Condominium Assoc.
c/o Beker & Poliakoff
PO Box 9057
Fort Lauderdale, FL 33310


Associated Bank
5200 N. Central Avenue
Chicago, IL 60630


Associated Bank
5200 N. Central Avenue
Chicago, IL 60630


Audi Financial Services
PO Box 17497
Baltimore, MD 21297-1497


Audi Financial Services
PO Box 17497
Baltimore, MD 21297-1497


Audi Financial Services
PO Box 17497
Baltimore, MD 21297-1497

Audi Financial Services
PO Box 17497
Baltimore, MD 21297-1497


Audi Financial Services
2333 Wayukegan Road
Deerfield, IL 60015


Beneficial
PO Box 4153
Carol Stream, IL 60197


BMW Bank of North America
PO Box 78066
Phoenix, AZ 85062-8066


BMW Financial Services
PO Box 78066
Phoenix, AZ 85062-8066


BMW Financial Services
PO Box 78066
Phoenix, AZ 85062-8066


BMW Financial Services
PO Box 78066
Phoenix, AZ 85062-8066


BMW Financial Services
PO Box 78066
Phoenix, AZ 85062-8066


Caine & Weiner
PO box 5010
Woodland Hills, CA 91365-5010


Canon Financial Services, Inc.
c/o Howard N. Sobel, Esq.
507 Kresson Rd.
Voorhees, NJ 08043


Canon Financial Services, Inc.
c/o Howard N. Sobel, Esq.
507 Kresson Rd.
Voorhees, NJ 08043

Cbeyond
13474 Collection Center Dr.
Chicago, IL 60693


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Citi
Po Box 6241
Sioux Falls, SD 57117


Citi
Po Box 6241
Sioux Falls, SD 57117


Clausen Miller, P.C.
10 South LaSalle Street
Chicago, IL 60603


Credit Union One A D
Po Box 200
Rantoul, IL 61866


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Edgebrook Bank
6000 W. Touhy Ave.
Chicago, IL 60646


Edward K. Grasse
Busse, Busse & Grasse
20 N. Wacker Dr., Ste. 1860
Chicago, IL 60606


Fannie Mae
Attn: Lockbox 403207
6000 Feldwood Road
Atlanta, GA 30349

Farzad Omaraie
c/o Christopher V. Langone, Esq.
225 W. Washington St., Ste. 2200
Chicago, IL 60606


Fia Csna
Po Box 17054
Wilmington, DE 19884


Fia Csna
Po Box 17054
Wilmington, DE 19884


Fifth Third Bank
Fifth Third Center
Cincinnati, OH 45263


Ford Credit
PO box 790093
Saint Louis, MO 63179-0093


Fth3rd Bk
P.O. Box 2306
Cincinnati, OH 45201-2306


Gemb/Abt Tv
Po Box 981439
El Paso, TX 79998


Groebe Management
Connamara Villas of Westmonst Assoc
7250 W. Colletge Drive, Unit 2 SE
Palos Heights, IL 60463


Harris N A
Po Box 94034
Palatine, IL 60094


Harris N A
Po Box 94034
Palatine, IL 60094


Harris Trust& Savings
111 W Monroe St
Chicago, IL 60603

HSBC Credit Center
PO Box 17574
Baltimore, MD 21297-1574


Jasper Meets, Inc.
9 Morgan Lane
Barrington, IL 60010


Kurier
6144 W. Belmont Ave.
Chicago, IL 60634


Lasalle National N A
3985 N Milwaukee Ave
Chicago, IL 60641


Marcin Koziol
c/o Vrdolyak Law Group
9618 S. Commerical Ave.
Chicago, IL 60617


NCO Financial Systems, inc.
PO Box 17196
Baltimore, MD 21297


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


NorGuard Insurance Company
PO Box A-H
16 South River Street
Wilkes Barre, PA 18703-1368


Plaza Bank
c/o Martin & Karcazes, Ltd.
161 N. Clark Street, Suite 550
Chicago, IL 60601


Plaza Bank
c/o Martin & Karcazes, Ltd.
161 N. Clark Street, Suite 550
Chicago, IL 60601

Select Portfolio Svcin
Po Box 65250
Salt Lake City, UT 84165


Select Portfolio Svcin
Po Box 65250
Salt Lake City, UT 84165


Setanta Sports North America, Ltd.
c/o Julie Cohen Lonstein, Esq.
1 Terrace Hill: PO Box 351
Ellenville, NY 12428


Sta-Kleen, Inc.
803 West Estes Ave.
Schaumburg, IL 60193


U.S. Small Business, c/o U.S. Attor
Northern District of Illinois
219 S. Dearborn St., 5th Floor
Chicago, IL 60604


Victor & Nancy E. Larrea
c/o Kenneth G. Mason
123 W. Madison, Ste. 700
Chicago, IL 60602


VW Credit
2333 Waukegan Rd.
Deerfield, IL 60015


Wachdlrsrv


Washington Mutual Fa
Po Box 1093
Northridge, CA 91328

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Francisco Barreto**
**Dorota M. Barreto**

Debtor(s)

Case No. _____

Chapter ___**7**___

# AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for

**Francisco Barreto**
**Dorota M. Barreto**

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that signed copy thereof has been furnished to each party whom he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I, **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**, certify under penalty of perjury that the above is true and correct.

Executed on ___**August  1, 2008**___

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
Signature
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
**6272494**

B23 (Official Form 23) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Francisco Barreto**
**Dorota M. Barreto**                             Case No. _____

                                       Debtor(s)             Chapter    **7**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, _____, the debtor in the above-styled case, hereby certify that on _____, I completed an instructional course in personal financial management provided by _____, an approved personal financial management provider.

Certificate No. (if any):_____.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

     ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);

     ☐ Active military duty in a military combat zone; or

     ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:    **/s/ Francisco Barreto**
                        **Francisco Barreto**

Date:    **August 1, 2008**

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

B23 (Official Form 23) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Francisco Barreto**
       **Dorota M. Barreto**                                    Case No. _____
                                            Debtor(s)       Chapter   **7**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, ____, the debtor in the above-styled case, hereby certify that on _____, I completed an instructional course in personal financial management provided by _____, an approved personal financial management provider.

Certificate No. (if any): _____.

☐ I, ____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:   **/s/ Dorota M. Barreto**
                       **Dorota M. Barreto**

Date:   **August 1, 2008**

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

**Disclosure Pursuant to 11 U.S.C. §527(a)(2)**

You are notified:

1. All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.

2. All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that you list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3. The following information, which appears on Official Form 22, Statement of Current Monthly Income, is required to be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

4. Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions.

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney.  THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST.  Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need.  Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you.  Be sure you understand the relief you can obtain and its limitations.  To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court.  You will have to pay a filing fee to the bankruptcy court.  Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt.  You may want help deciding whether to do so.  A creditor is not permitted to coerce you into reaffirming your debts.

If you  choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation.  You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Francisco Barreto**
**Dorota M. Barreto**

Debtor(s)

Case No.
Chapter  **7**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | |
|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $  **1,083,203.00** |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | |
|---|---|
| 2. Gross Monthly Income | $  **50,000.00** |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $  **0.00** |
| 4. Payroll Taxes | **0.00** |
| 5. Unemployment Taxes | **0.00** |
| 6. Worker's Compensation | **0.00** |
| 7. Other Taxes | **0.00** |
| 8. Inventory Purchases (Including raw materials) | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **0.00** |
| 11. Utilities | **0.00** |
| 12. Office Expenses and Supplies | **0.00** |
| 13. Repairs and Maintenance | **0.00** |
| 14. Vehicle Expenses | **0.00** |
| 15. Travel and Entertainment | **0.00** |
| 16. Equipment Rental and Leases | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | **0.00** |
| 18. Insurance | **0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Cost of Goods Sold** | **1,700.00** |
| **Repairs and maintenance** | **500.00** |
| **Rents (constitutes mortg. for 5411 W. Addison)** | **11,500.00** |
| **Taxes & licenses** | **2,300.00** |
| **Advertising/Marketing** | **1,000.00** |
| **Automobile** | **400.00** |
| **Bank Charges** | **100.00** |
| **Delivery & freight** | **50.00** |
| **Equipt Rental** | **1,300.00** |
| **Insurance** | **400.00** |
| **Laundry drycleaning** | **100.00** |
| **Legal & professional** | **1,100.00** |
| **Meals & entertainment** | **150.00** |
| **Postage** | **500.00** |
| **Printing** | **50.00** |
| **Supplies** | **250.00** |
| **Telephone** | **700.00** |
| **Travel** | **250.00** |
| **Utilities** | **1,250.00** |
| **Employee compensation (to debtors, as per sched. I)** | **4,800.00** |
| **Employees' salary** | **7,650.00** |

21. Other (Specify):

DESCRIPTION                                           TOTAL

22. Total Monthly Expenses (Add items 3-21)                                          $ _____ **36,050.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)                        $ _____ **13,950.00**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Francisco Barreto,**
　　　 **Dorota M. Barreto**

Case No. _____

Chapter _____ **7** _____

Debtors　,

## DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date____**August  1, 2008**_____

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**_____
Signature of attorney
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494
Kaplan Law Offices, P.C.
4043 Dempster
Skokie, IL 60076
847-676-8600**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Francisco Barreto**
**Dorota M. Barreto**
_____

Debtor(s)

Case No. _____

Chapter  **7** _____

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Francisco Barreto** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

■  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I,  **Dorota M. Barreto** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

■  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **August 1, 2008** _____

Signature  **/s/ Francisco Barreto** _____
**Francisco Barreto**
Debtor

Date  **August 1, 2008** _____

Signature  **/s/ Dorota M. Barreto** _____
**Dorota M. Barreto**
Joint Debtor

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

| | |
|---|---|
| (1) | the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history; |
| (2) | the effect of receiving a discharge of debts |
| (3) | the effect of reaffirming a debt; and |
| (4) | your ability to file a petition under a different chapter of the Bankruptcy Code. |

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

## AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| | | | |
|---|---|---|---|
| **/s/ Francisco Barreto** | **August 1, 2008** | **/s/ Dorota M. Barreto** | **August 1, 2008** |
| Debtor's Signature | Date | Joint Debtor's Signature | Date |